# United States Bankruptcy Court
## Eastern District of Michigan

In re  **Frank Joseph Gendernalik**  ,
Debtor

Case No. **10-32679**

Chapter **7**

## SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 37,873.12 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 8,452.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | 1,376,575.28 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 3,276.57 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 3,436.91 |
| Total Number of Sheets of ALL Schedules | | 17 | | | |
| | | Total Assets | 37,873.12 | | |
| | | Total Liabilities | | 1,385,027.28 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Eastern District of Michigan

In re **Frank Joseph Gendernalik**, Debtor

Case No. **10-32679**

Chapter **7**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re **Frank Joseph Gendernalik**, Case No. **10-32679**
                          Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

   **Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**
If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **With debtor** | - | **110.00** |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank Account: cash in checking account**<br>**Location: Comerica bank** | - | **895.96** |
| | | | **Bank Account: savings**<br>**Location: Financial Plus Federal Credit Union** | - | **6.70** |
| | | | **Bank Account: savings**<br>**Location: Demand Note by GMAC** | - | **3.35** |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **Furniture: couch, love seat, 2 end tables, TV stand, 2 lamps,tv, kitchen table**<br>**Nothing Individually Valued in Excess of $550**<br>**Location: 6424 Winans Lake Road, Brighton MI 48116** | - | **315.00** |
| | | | **Household: kitchen utensils, pots and pans**<br>**Nothing Individually Valued in Excess of $550**<br>**Location: 6424 Winans Lake Road, Brighton MI 48116** | - | **50.00** |
| | | | **Furniture: bedroom funiture in household**<br>**Nothing Individually Valued in Excess of $550**<br>**Location: 6424 Winans Lake Road, Brighton MI 48116** | - | **325.00** |
| | | | **Appliances: small kitchen appliances**<br>**Nothing Individually Valued in Excess of $550**<br>**Location: 6424 Winans Lake Road, Brighton MI 48116** | - | **25.00** |
| | | | **Audio-Video: video camera and digital camera**<br>**Nothing Individually Valued in Excess of $550**<br>**Location: 6424 Winans Lake Road, Brighton MI 48116** | - | **25.00** |

                                                                                                     Sub-Total >          **1,756.01**
                                                                                                 (Total of this page)

  **3**   continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                                                 Best Case Bankruptcy

In re    **Frank Joseph Gendernalik** ,    Case No.    **10-32679**
Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| | | | **Office: 1 desk and 1 PC**<br>**Nothing Individually Valued in Excess of $550**<br>**Location: 6424 Winans Lake Road, Brighton MI 48116** | - | 75.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | | **Clothes: clothing in household nothing over $20.00**<br>**Location: 6424 Winans Lake Road, Brighton MI 48116** | - | 400.00 |
| 7. | Furs and jewelry. | | **Jewelry: wedding band**<br>**With debtor** | - | 150.00 |
| 8. | Firearms and sports, photographic, and other hobby equipment. | | **Sports-Hobby: snowboard and hockey equipment**<br>**Location: 6424 Winans Lake Road, Brighton MI 48116** | - | 150.00 |
| | | | **Firearms: 22 cal. rifle**<br>**Location: 6424 Winans Lake Road, Brighton MI 48116** | - | 50.00 |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Auto insurance** | - | 0.00 |
| | | | **Term Life Insurance**<br>**West Coast Life Insurance Company**<br>**No cash value** | - | 0.00 |
| | | | **Health insurance through work** | - | 0.00 |
| 10. | Annuities. Itemize and name each issuer. | X | | | |
| 11. | Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. | Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Retirement: 401k**<br>**Location: John Hancock** | - | 24,281.11 |

Sub-Total >   **25,106.11**
(Total of this page)

Sheet  **1**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Frank Joseph Gendernalik**, Case No. **10-32679**
                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Potential 2010 Tax Refund (federal)** | - | 1,850.00 |
| | | **Potential 2010 State Income Tax Refund** | - | 60.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

                                                             Sub-Total >    **1,910.00**
                                                             (Total of this page)

Sheet **2** of **3** continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com               Best Case Bankruptcy

In re **Frank Joseph Gendernalik**, Case No. **10-32679**
Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | Auto: 1998 Cheverolet Malibu LS fair condition 190,000 miles Location: 6424 Winans Lake Road, Brighton MI 48116 | - | 1,500.00 |
| | | Fun Vehicle: 2002 traillight by R-vision good condition Location: 6424 Winans Lake Road, Brighton MI 48116 | - | 7,500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | 1 Domestic dog - no show value. | - | 1.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Other: kids toys and belongings Location: 6424 Winans Lake Road, Brighton MI 48116 | - | 100.00 |
| | | Possible Fraud claim against Ronny Duke. Mr. Duke defrauded Mr. Gendernalik into incurring all real estate debt except that of Mr. Gendernalik's previous residence at 8880 Nottingham Drive, Ypsilanti, MI, which was foreclosed upon. | - | Unknown |

Sub-Total > **9,101.00**
(Total of this page)
Total > **37,873.12**

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

In re **Frank Joseph Gendernalik**, Case No. **10-32679**
Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☒ 11 U.S.C. §522(b)(2)
☐ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Cash on Hand** | | | |
| With debtor | 11 U.S.C. § 522(d)(5) | 110.00 | 220.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Bank Account: cash in checking account  Location: Comerica bank | 11 U.S.C. § 522(d)(5) | 895.96 | 1,791.91 |
| Bank Account: savings  Location: Financial Plus Federal Credit Union | 11 U.S.C. § 522(d)(5) | 6.70 | 6.70 |
| Bank Account: savings  Location: Demand Note by GMAC | 11 U.S.C. § 522(d)(5) | 3.35 | 6.69 |
| **Household Goods and Furnishings** | | | |
| Furniture: couch, love seat, 2 end tables, TV stand, 2 lamps,tv, kitchen table  Nothing Individually Valued in Excess of $550  Location: 6424 Winans Lake Road, Brighton MI 48116 | 11 U.S.C. § 522(d)(3) | 315.00 | 630.00 |
| Household: kitchen utensils, pots and pans  Nothing Individually Valued in Excess of $550  Location: 6424 Winans Lake Road, Brighton MI 48116 | 11 U.S.C. § 522(d)(3) | 50.00 | 100.00 |
| Furniture: bedroom funiture in household  Nothing Individually Valued in Excess of $550  Location: 6424 Winans Lake Road, Brighton MI 48116 | 11 U.S.C. § 522(d)(3) | 325.00 | 650.00 |
| Appliances: small kitchen appliances  Nothing Individually Valued in Excess of $550  Location: 6424 Winans Lake Road, Brighton MI 48116 | 11 U.S.C. § 522(d)(3) | 25.00 | 50.00 |
| Audio-Video: video camera and digital camera  Nothing Individually Valued in Excess of $550  Location: 6424 Winans Lake Road, Brighton MI 48116 | 11 U.S.C. § 522(d)(3) | 25.00 | 50.00 |
| Office: 1 desk and 1 PC  Nothing Individually Valued in Excess of $550  Location: 6424 Winans Lake Road, Brighton MI 48116 | 11 U.S.C. § 522(d)(3) | 75.00 | 150.00 |
| **Wearing Apparel** | | | |
| Clothes: clothing in household nothing over $20.00  Location: 6424 Winans Lake Road, Brighton MI 48116 | 11 U.S.C. § 522(d)(3) | 400.00 | 400.00 |

In re **Frank Joseph Gendernalik**, Case No. **10-32679**
Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Furs and Jewelry** | | | |
| Jewelry: wedding band<br>With debtor | 11 U.S.C. § 522(d)(4) | 150.00 | 150.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| Sports-Hobby: snowboard and hockey equipment<br>Location: 6424 Winans Lake Road, Brighton MI 48116 | 11 U.S.C. § 522(d)(5) | 150.00 | 150.00 |
| Firearms: 22 cal. rifle<br>Location: 6424 Winans Lake Road, Brighton MI 48116 | 11 U.S.C. § 522(d)(5) | 50.00 | 50.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| Retirement: 401k<br>Location: John Hancock | 11 U.S.C. § 522(d)(12) | 24,281.11 | 24,281.11 |
| **Other Liquidated Debts Owing Debtor Including Tax Refund** | | | |
| Potential 2010 Tax Refund (federal) | 11 U.S.C. § 522(d)(5) | 1,850.00 | 1,850.00 |
| Potential 2010 State Income Tax Refund | 11 U.S.C. § 522(d)(5) | 60.00 | 60.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| Auto: 1998 Cheverolet Malibu LS fair condition 190,000 miles<br>Location: 6424 Winans Lake Road, Brighton MI 48116 | 11 U.S.C. § 522(d)(2) | 1,500.00 | 1,500.00 |
| **Animals** | | | |
| 1 Domestic dog - no show value. | 11 U.S.C. § 522(d)(5) | 1.00 | 1.00 |
| **Other Personal Property of Any Kind Not Already Listed** | | | |
| Other: kids toys and belongings<br>Location: 6424 Winans Lake Road, Brighton MI 48116 | 11 U.S.C. § 522(d)(3) | 100.00 | 200.00 |
| | Total: | **30,373.12** | **32,297.41** |

Sheet **1** of **1** continuation sheets attached to the Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com    Best Case Bankruptcy

**UNITED STATES BANKRUPTCY COURT**
**Eastern District of Michigan**

**COVER SHEET FOR AMENDMENTS**

**CASE NAME:** Frank Joseph Gendernalik

**CASE NUMBER:** 10-32679

The enclosed documents amend the petition, schedule, statement of financial affairs, statement of income and expenses, matrix or summary of assets and liabilities.

**The purpose of this amendment is to:**

☐ Add creditors to schedule(s) _____. How many? ___
(Use second page of this form to list creditors added).

☐ **$26.00 Amendment Fee.** This fee is required whenever you add creditors to a case, delete creditors, change the amount of a debt or change the classification of a debt. The fee is not required when correcting addresses of previously listed creditors. It is not required when new schedules are filed in a converted case.

☐ Correct the addresses of creditors already listed on the schedules and matrix previously filed. (Use second page of this form).

☒ Other: (Provide detail of Amendment) **Amend Schedules B and C to add possible fraud claim and to correct checking account balance. Amend Summary of Schedules.**

☐ **Amend Schedules and list of creditors.** Schedules must be verified by the debtor(s).

☐ **Amend Matrix.** Please do not send a matrix adding creditors to a case unless you also send the amended schedules. Do not send a new matrix to correct an address. Use the second page of this form. Pursuant to L.B.R. 1007-2 & 1009-1 an amendment to a matrix filed by a debtor without an attorney must have a complete paper copy attached to this form. Electronic filers must upload creditors to the ECF system.

**NOTE:** LBR 1009-1(b) requires the debtor to serve a copy of the amendment and the cover sheet for amendments on the trustee and all other entities affected by the amendment.

## CORRECTIONS AND ADDITIONS TO MAILING MATRIX

Use this section of the form to make corrections to the names and address of any creditors or parties in interest who are listed on the current matrix of the case.

**NAME OF CREDITOR** (As it now appears):

(Please print)

Previous address: Please change to:

**NAME OF CREDITOR** (As it now appears):

(Please print)

Previous address: Please change to:

**NAME OF CREDITOR** (As it now appears):

(Please print)

Previous address: Please change to:

Use this section of the form to **IDENTIFY** creditors added to the schedules and matrix.

**NAME OF CREDITOR** (As it now appears):

(Please print)

Address

**NAME OF CREDITOR** (As it now appears):

(Please print)

Address

**FOR ADDITIONAL CHANGES COPY THIS SHEET AND CONTINUE**

Signature: **/s/ Guy T. Conti**

**Guy T. Conti 03673-2005 (NJ) P68889 (MI)**

Name of Attorney
**2002 Hogback Road
Suite 11
Ann Arbor, MI 48105-9736
888-489-3232**

**gconti@contilegal.com**

I/We do hereby affirm under penalty of perjury that I/we have read the foregoing form, *Cover Sheet for Amendments*, and all pleadings and attachments thereto, and do hereby affirm that the information contained herein is true and accurate to the best of my knowledge, information and belief.

Signature: **/s/ Frank Joseph Gendernalik**
**Frank Joseph Gendernalik**
Name of Debtor

Signature: _____

Name of Joint Debtor, if applicable