In re    **Frank Joseph Gendernalik**                                         ,      Case No.     **10-32679**

Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxx5993  **Amc Mortgage Services** **6801 Colwell Blvd** **Irving, TX 75039-3199** | - | | Opened 8/10/05 Last Active 6/04/07 Debtor closed on this property (48280 Gladstone, Canton, MI) but was defrauded and never received a deed and the mortgage was never recorded. Therefore, there is no interest in real property and the debt is unsecured. | | | | **Unknown** |
| Account No. xxxxxxxxx3524  **Americas Servicing Co** **Attention: Bankruptcy** **Po Box 10328** **Des Moines, IA 50306** | - | | Opened 11/01/05 Last Active 6/05/07 Debtor closed on this property (802 Mt. Vernon Blvd., Royal Oak, MI 48073) but was defrauded and never received a deed and the mortgage was never recorded. Therefore, there is no interest in real property and the debt is unsecured. | | | | **323,596.00** |
| Account No. xxx9289  **BAC Home Loans Servicing** **Attention: Bankruptcy CA6-919-01-41** **Po Box 5170** **Simi Valley, CA 93062** | - | | Opened 5/17/04 Last Active 7/11/08 Deficiency balance from Nottingham Property | | | | **29,335.28** |
| Account No. xxxxxxxx5993  **Chase Mtg** **10790 Rancho Bernardo Rd** **San Diego, CA 92127** | - | | Opened 8/01/05 Last Active 6/04/07 Debtor closed on this property (48280 Gladstone, Canton, MI) but was defrauded and never received a deed and the mortgage was never recorded. Therefore, there is no interest in real property and the debt is unsecured. | | | | **394,179.00** |

   **2**    continuation sheets attached

Subtotal (Total of this page)     **747,110.28**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com        S/N:38502-100528    Best Case Bankruptcy

In re **Frank Joseph Gendernalik** ,  Case No. **10-32679**

Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxx9552** <br><br> **Countrywide Home Lending** <br> **Attention: Bankruptcy CA6-919-01-41** <br> **Po Box 5170** <br> **Simi Valley, CA 93062** | - | | | Opened 5/17/04 Last Active 12/22/08 <br> Deficiency balance | | | | **Unknown** |
| Account No. **xxxxx0052** <br><br> **Financial Plus Fcu** <br> **G3381 Van Slyke Rd** <br> **Flint, MI 48507** | - | | | Opened 4/01/05 Last Active 3/25/10 <br> CreditCard | | | | **4,424.00** |
| Account No. **xxxxx8880** <br><br> **Fremont Investment & Loan** <br> **Customer Service** <br> **PO Box 19030** <br> **San Bernardino, CA 92423-9030** | - | | | 7/29/08 <br> Fremont was an initial lender on a real estate property. Debtor believes Fremont may be suing him for pre-petition transactions but is unsure as to the nature of the debt or the theory of the complaint. | | X | X | **Unknown** |
| Account No. **xxxxxxxx6258** <br><br> **Homeq** <br> **Attn: Bankruptcy Department** <br> **1100 Corporate Center** <br> **Raleigh, NC 27607** | - | | | Opened 7/01/05 Last Active 6/05/07 <br> Debtor closed on this property (9329 Garrison Ct, Green Oak, MI 48178) but was defrauded and never received a deed and the mortgage was never recorded. Therefore, there is no interest in real property and the debt is unsecured. | | | | **346,636.00** |
| Account No. **xxxxxxxx7147** <br><br> **Indymac Bank** <br> **Attn:Bankruptcy** <br> **Po Box 4045** <br> **Kalamazoo, MI 49003** | - | | | Opened 9/01/05 Last Active 6/05/07 <br> Debtor closed on this property (44977 Middlebury Court, Canton, MI) but was defrauded and never received a deed and the mortgage was never recorded. Therefore, there is no interest in real property and the debt is unsecured. | | | | **278,405.00** |

Sheet no. __1__ of __2__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**629,465.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com    Best Case Bankruptcy

In re    **Frank Joseph Gendernalik**                                                    ,    Case No.    **10-32679**

Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx8102**<br><br>**Saxon Mortgage Service**<br>**4708 Mercantile Dr. North**<br>**Fortworth, TX 76137** | | - | **10/12/2005**<br>**Deficiency balance on 16795 Brooklane Blvd., Northville, MI.** | | | | **Unknown** |
| Account No. **xxxxxxxx0310**<br><br>**Select Portfolio Svcin**<br>**Po Box 65250**<br>**Salt Lake City, UT 84165** | | - | **Opened 11/01/05  Last Active  1/31/06**<br>**ConventionalRealEstateMortgage - deficiency balance** | | | | **Unknown** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __2__ of __2__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | **0.00** |
| | Total<br>(Report on Summary of Schedules) | **1,376,575.28** |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

# UNITED STATES BANKRUPTCY COURT
### Eastern District of Michigan

## COVER SHEET FOR AMENDMENTS

**CASE NAME:**    **Frank Joseph Gendernalik**

**CASE NUMBER:**    **10-32679**

The enclosed documents amend the petition, schedule, statement of financial affairs, statement of income and expenses, matrix or summary of assets and liabilities.

### The purpose of this amendment is to:

☐    Add creditors to schedule(s)   **F**  . How many?   **1**
(Use second page of this form to list creditors added).

☒    **$26.00 Amendment Fee.** This fee is required whenever you add creditors to a case, delete creditors, change the amount of a debt or change the classification of a debt. The fee is not required when correcting addresses of previously listed creditors. It is not required when new schedules are filed in a converted case.

☐    Correct the addresses of creditors already listed on the schedules and matrix previously filed. (Use second page of this form).

☒    Other: (Provide detail of Amendment)   **Schedule F to add creditor**

☐    **Amend Schedules and list of creditors.** Schedules must be verified by the debtor(s).

☐    **Amend Matrix.** Please do not send a matrix adding creditors to a case unless you also send the amended schedules. Do not send a new matrix to correct an address. Use the second page of this form. Pursuant to L.B.R. 1007-2 & 1009-1 an amendment to a matrix filed by a debtor without an attorney must have a complete paper copy attached to this form. Electronic filers must upload creditors to the ECF system.

**NOTE:**    LBR 1009-1(b) requires the debtor to serve a copy of the amendment and the cover sheet for amendments on the trustee and all other entities affected by the amendment.

## CORRECTIONS AND ADDITIONS TO MAILING MATRIX

Use this section of the form to make corrections to the names and address of any creditors or parties in interest who are listed on the current matrix of the case.

**NAME OF CREDITOR** (As it now appears): _____

(Please print)

Previous address:                                                    Please change to:

_____                                              _____
_____                                              _____

**NAME OF CREDITOR** (As it now appears): _____

(Please print)

Previous address:                                                    Please change to:

_____                                              _____
_____                                              _____

**NAME OF CREDITOR** (As it now appears): _____

(Please print)

Previous address:                                                    Please change to:

_____                                              _____
_____                                              _____

Use this section of the form to **IDENTIFY** creditors added to the schedules and matrix.

**NAME OF CREDITOR** (As it now appears):  **Fremont Investment & Loan**

(Please print)

Address    **Customer Service**
           **PO Box 19030**
           **San Bernadino, CA  92423-9030**

**NAME OF CREDITOR** (As it now appears): _____

(Please print)

Address    _____
           _____
           _____

## FOR ADDITIONAL CHANGES COPY THIS SHEET AND CONTINUE

Signature:    **/s/ Guy T. Conti**
              **Guy T. Conti 03673-2005 (NJ) P68889 (MI)**
              Name of Attorney
              **2002 Hogback Road**
              **Suite 11**
              **Ann Arbor, MI 48105-9736**
              **888-489-3232**
              **gconti@contilegal.com**

I/We do hereby affirm under penalty of perjury that I/we have read the foregoing form, *Cover Sheet for Amendments*, and all pleadings and attachments thereto, and do hereby affirm that the information contained herein is true and accurate to the best of my knowledge, information and belief.

Signature: **/s/ Frank Joseph Gendernalik**

**Frank Joseph Gendernalik**
Name of Debtor

Signature: _____

Name of Joint Debtor, if applicable

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com
Best Case Bankruptcy