UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

In re:                                                Case No. 10-32679-DOf

**FRANK JOSEPH GENDERNALIK,**        Chapter 7

    Debtor.                             HON. DANIEL S. OPPERMAN
_____/

## ORDER EXTENDING TIME FOR U.S. TRUSTEE TO
## FILE OBJECTIONS TO DISCHARGE OR MOTION TO DISMISS CASE

**THIS MATTER** came before the Court on the stipulation of the United States Trustee and the Debtor, by and through their counsel, for an extension of time for the United States Trustee to file a complaint objecting to discharge or a motion to dismiss. It appears that the U.S. Trustee needs additional information to determine whether there are factual grounds which warrant the bringing of a motion to dismiss this case for abuse or for other cause under 11 U.S.C. § 707, or which may warrant an objection to discharge under § 727 of the Bankruptcy Code. For these reasons,

**IT IS ORDERED** that the deadline for the United States Trustee to file a complaint objecting to discharge or a motion to dismiss is extended to and including October 8, 2010.

**Signed on August 05, 2010**

                                           **/s/ Daniel S. Opperman**
                                           **Daniel S. Opperman**
                                           **United States Bankruptcy Judge**